James A. Boyd, *Appellant,* v. State of Kansas, *Appellee.*

No. 48,056

Opinion filed March 6, 1976.

*Robert A. DeCoursey,* of Kansas City, Kansas, argued the cause and was on the brief for the appellant.

*Nick A. Tomasic,* district attorney, argued the cause, and *Curt T. Schneider,* attorney general, was with him on the brief for the appellee.

Owsley, J. Affirmed.